1

2

3

4              UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6

7   GRANT DALE HURLBERT,                    Case No. 15-cv-04357-JSC

8              Plaintiff,                   **ORDER GRANTING EXTENSION OF TIME; DENYING MOTION FOR PRODUCTION OF DOCUMENTS; DENYING MOTION FOR LEAVE TO AMEND**

9        v.

10  WILLIAM L. MUNIZ, et al.,

11             Defendants.                  Re: Dkt. Nos. 27, 28, 31

12

13        Plaintiff, a state prisoner at Corcoran State Prison, filed this pro se civil rights action under

14  42 U.S.C. § 1983.  He has filed an amended complaint against officials at Salinas Valley State

15  Prison, where he was formerly housed.  The amended complaint supersedes the original complaint

16  and is now the operative complaint.  Defendants have filed a motion for summary judgment, and

17  Plaintiff has filed an opposition.  Defendants' reply brief remains due.

18        Plaintiff has also filed a motion for leave to amend the complaint further to add state law

19  claims against a new Defendant --- James Beard, the Secretary of the Department of Corrections

20  and Rehabilitation.  This motion is DENIED without prejudice to re-filing after the pending

21  motion for summary judgment is resolved.  If summary judgment is denied and there remain

22  federal claims against the current Defendants, then the Court may exercise supplemental

23  jurisdiction over Plaintiff's state law claims 28 U.S.C. § 1367(a).  If the summary judgment

24  motion is granted and no more federal claims remain, the Court will not exercise supplemental

25  jurisdiction over Plaintiff's state law claims and he may bring them in state court.  *See* 28 U.S.C. §

26  1367(c)(3) (district court may decline supplemental jurisdiction over state law claims when all

27  claims over which it has original jurisdiction have been dismissed).

28        Good cause appearing, Defendants' motion for an extension of time to file a reply brief, to

United States District Court
Northern District of California

1    and including August 2, 2016, is GRANTED.

2            Plaintiff has filed a motion requesting that Defendant Muniz produce documents.

3    Discovery requests, including requests for production of documents, must be sent directly to

4    Defendants and not filed as motions with the Court.  This motion is DENIED.  If a discovery

5    dispute arises and the parties cannot resolve it on their own, they may file a motion to compel

6    discovery as provided in the Federal Rules of Civil Procedure.

7            **IT IS SO ORDERED.**

8    Dated: August 1, 2016

9

10

11

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    GRANT DALE HURLBERT,                         Case No.  15-cv-04357-JSC

                Plaintiff,
8
          v.                                      **CERTIFICATE OF SERVICE**
9
10   WILLIAM L. MUNIZ, et al.,

                Defendants.
11

12        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

13   District Court, Northern District of California.

14        That on August 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing

15   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

17   receptacle located in the Clerk's office.

18

19   Grant Dale Hurlbert ID: Prisoner Id AA2825
     Corcoran State Prison
20   P.O. Box 3466
     03Bl-220U
21   Corcoran, CA 93212

22
     Dated: August 1, 2016
23

24                                                Susan Y. Soong
                                                  Clerk, United States District Court
25

26

27   By:_____
     Ada Means, Deputy Clerk to the
28   Honorable JACQUELINE SCOTT CORLEY
                                                  3